**FILED**
**IN THE OFFICE OF THE**
**CLERK OF SUPREME COURT**
**SEPTEMBER 28, 2023**
**STATE OF NORTH DAKOTA**

# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

### 2023 ND 178

State of North Dakota,                                 Plaintiff and Appellee

     v.

Celena Cahoon,                                 Defendant and Appellant

### No. 20230008

Appeal from the District Court of Oliver County, South Central Judicial District, the Honorable James S. Hill, Judge.

AFFIRMED.

Per Curiam.

John J. Mahoney, State's Attorney, Center, ND, for plaintiff and appellee; submitted on brief.

Justin M. Balzer, Bismarck, ND, for defendant and appellant; submitted on brief.

**State v. Cahoon**
No. 20230008

**Per Curiam.**

[¶1]  Celena Cahoon appeals from a criminal judgment entered following a jury verdict finding her guilty of child neglect in violation of N.D.C.C § 14-09-22.1(1), asserting the evidence is insufficient to support the conviction. "In reviewing challenges to the sufficiency of the evidence on appeal, the defendant 'bears the burden of showing the evidence reveals no reasonable inference of guilt when viewed in the light most favorable to the verdict.'" *State v. Rai*, 2019 ND 71, ¶ 13, 924 N.W.2d 410 (quoting *State v. Truelove*, 2017 ND 283, ¶ 7, 904 N.W.2d 342). After reviewing the record, we conclude sufficient evidence exists for a jury to draw a reasonable inference Cahoon committed the charged offense. We summarily affirm under N.D.R.App.P. 35.1(a)(3).

[¶2]   Jon J. Jensen, C.J.
        Daniel J. Crothers
        Lisa Fair McEvers
        Jerod E. Tufte
        Douglas A. Bahr

1